# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: **15-05035-jw**

### Consent Order

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**12/09/2015**



/s/ John E. Waites

US Bankruptcy Judge
District of South Carolina

Entered: 12/09/2015

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re: ) | Case No. 15-05035-jw |
| ) | Chapter 13 |
| **Avery Michael Sean Reed,** ) | |
| ) | |
| **Debtor.** ) | |

**CONSENT ORDER GRANTING RELIEF FROM STAY TO CONTINUE OR PURSUE ACTION IN FAMILY COURT**

This matter comes before the Court upon the request of Kristin Hutson Reed for an Order granting relief from the automatic stay provided under 11 U.S.C. § 362(a) to permit Kristin Hutson Reed and the Debtor to adjudicate the following actions in Family Court:

- [X] Divorce
- [X] Child Support
- [X] Alimony
- [X] Equitable Distribution of Marital Property & Debts
- [ ] Other

The parties consent to relief from the automatic stay. It is therefore,

ORDERED that relief from the automatic stay is granted to allow the Family Court to adjudicate the above-referenced actions and to accord such other relief as is appropriate under state law. However, additional relief from stay is necessary for the enforcement of a marital obligation against property of the estate or to hold the Debtor in civil contempt. Notwithstanding any determination by the Family Court, property of the estate may be subject to further order of this Court.

**AND IT IS SO ORDERED.**

**WE SO MOVE AND CONSENT:**

/s/ Ivan N. Nossokoff
IVAN N. NOSSOKOFF, ESQ.
District Court ID 2556
Attorney for Movant
IVAN N. NOSSOKOFF, LLC
4000 Faber Place Drive, #300
North Charleston SC 29405
843.571.5442

/s/ R. Michael Drose
R. MICHAEL DROSE, ESQ.
District Court ID 609
Attorney for Debtor
DROSE LAW FIRM
3955 Faber Place Drive, #103
Charleston, SC 29405
843.767.8888

/s/ Beth Renno
James Wyman, Trustee
Beth G. Renno, Staff Attorney
PO Box 997
Mt. Pleasant, SC 29465-0997
843.388.9844
13info@charleston13.com