**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 15–05035–jw

Chapter: 13

**In re:**

Avery Michael Sean Reed

| Entered By The Court 5/4/16 | ORDER RE: RELIEF FROM CO–DEBTOR STAY | **Filed By The Court** 5/4/16 Laura A. Austin Clerk of Court US Bankruptcy Court |
|---|---|---|

This matter comes before the Court on the Motion of Wells Fargo Bank, N.A., seeking relief from the stay provisions of 11 U.S.C. Section 1301. It appears from the pleadings and other documents on file that the Debtor, Co–Debtor and the Trustee have no objection to the Motion. Due cause therefore appearing, it is

Ordered that the stay imposed under 11 U.S.C. Section 1301 shall be, and it hereby is, modified so as to permit Wells Fargo Bank, N.A. to pursue its claim against the Co–Debtor, Kristin H. Reed, in a court of competent jurisdiction.

**IT IS SO ORDERED**.

*/s/ John E. Waites*
United States Bankruptcy Judge